# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| **JAMES RICHARD SHELTON,**<br><br>    Plaintiff,<br><br>v.<br><br>**HILB GROUP OF FLORIDA, LLC d/b/a THE MARTIN AGENCY,**<br><br>    Defendant. | Civil No. 5:22-96-KKC<br><br><br>**JUDGMENT** |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the motion to dismiss (DE 5) filed by defendant Hilb Group of Florida, LLC is GRANTED;

2) this action is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

This 17th day of November, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY